1032

THE STATE OF WASHINGTON, *Respondent*, v. ROGER C. DEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00299-9, Diane M. Woolard, J., entered August 30, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Van Deren, J.

THE STATE OF WASHINGTON, *Respondent*, v. KIRT DOUGLAS JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-02311-8, Paula Casey, J., entered August 26, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. WHITNEY JAMAL MURRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-01035-7, Brian M. Tollefson, J., entered October 10, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.